

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00089-CV

_____

IN RE KST CAPITAL, LLC, TOBIN PARKER, TOBIN M. PARKER, JR., AND
W. SCHREINER PARKER, Relators

---

Original Proceeding
Trial Court No. 048-299865-18

---

Before Kerr, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: March 12, 2020